UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE J. MAWER,

        Plaintiff,

Case No. 1:13-cv-618

v.

HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Notice of Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (EAJA), 28 USC 2412 (Dkt 23). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 25, 2016, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 24) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Notice of Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (EAJA), 28 USC 2412 (Dkt 23) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded four thousand, fifty-eight dollars and thirty-three cents ($4,058.33) pursuant to the Equal Access to Justice Act.

Dated: November 15, 2016            /s/Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge